# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

BCO-124

No. 23-8035

LEON DRUMMOND; LEE WILLIAMS, On behalf of themselves and all others similarly situated; YESHONDA DRIGGINS

v.

PROGRESSIVE SPECIALTY INSURANCE CO; PROGRESSIVE ADVANCED INSURANCE CO,
Petitioners

(E.D. Pa. No. 5-21-cv-04479)

Present: KRAUSE, PORTER, and CHUNG, Circuit Judges

1. Petition for Leave to Appeal pursuant to Fed. R. Civ. P. 23(f) filed by Petitioners Progressive Advanced Insurance Co and Progressive Specialty Insurance Co.

2. Response filed by Respondents Yeshonda Driggins, Leon Drummond and Lee Williams

3. Petitioners' Motion for Leave to File a Reply In Support of Petition with proposed reply attached

4. Letter Regarding Supplemental Authority Pursuant to Rule 28(j) filed by Petitioners Progressive Advanced Insurance Co and Progressive Specialty Insurance Co

5. Response filed by Respondents Yeshonda Driggins, Leon Drummond and Lee Williams to Rule 28(j) letter

Respectfully,
Clerk/lmr

_____ORDER_____
The Petition for Leave to Appeal and Motion for Leave to File a Reply in Support of Petition are GRANTED.

By the Court,

s/Cheryl Ann Krause
Circuit Judge

Dated: February 8, 2024
CJG/cc:     Joseph H. Bates, III, Esq.
              Edwin L. Lowther, III, Esq.
              Jacob L. Phillips, Esq.
              Jeffrey S. Cashdan, Esq.
              Paul A. Mezzina, Esq.
              Amy R. Upshaw, Esq.

A True Copy:

Patricia S. Dodszuweit, Clerk

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

# NOTICE

# GRANT OF PERMISSION FOR LEAVE TO APPEAL

The Court of Appeals has granted a petition for leave to appeal in this matter.

The $605.00 docketing and filing fee must be paid in the district court within 14 days after the entry of the order granting permission for leave to appeal, unless the petitioner is the United States government. Fed. R. App. P. 5. In addition, a cost bond must be filed if one is required under Fed. R. App. P. 7.

A notice of appeal does not need to be filed as a copy of the Court's order granting permission for leave to appeal which has been forwarded to the district court will serve as the notice of appeal.

The entry date of the order granting permission to appeal serves as the date of the filing of the notice of appeal for calculating time under the Federal Rules of Appellate Procedure. **Petitioner should notify the Court of Appeals in writing that the filing fee has been paid.**

Upon receipt of the notice from petitioner, the appeal will be opened on the general docket. All future filings regarding the appeal will be entered under the new docket number.


Very truly yours,
Patricia S. Dodszuweit, Clerk


By: s/ Caitlyn
Case Manager
267-299-4956

Cc:    Joseph H. Bates III, Esq.
        Jeffrey S. Cashdan, Esq.
        Ruben Honik, Esq.
        Edwin L. Lowther III, Esq.
        Paul A. Mezzina, Esq.
        Jacob L. Phillips, Esq.
        Amy R. Upshaw, Esq.
        Mr.George V. Wylesol,