IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON DRUMMOND, LEE WILLIAMS, and YESHONDA DRIGGINS, on behalf of themselves and all others similarly situated,<br><br>　　Plaintiffs,<br><br>　　　　-v-<br><br>PROGRESSIVE SPECIALTY INSURANCE COMPANY and PROGRESSIVE ADVANCED INSURANCE COMPANY,<br><br>　　Defendants. | Case No. 5:21-cv-04479-MAK |

**NOTICE REGARDING DISPOSITION OF RULE 23(F) PETITION**

　　Defendants Progressive Specialty Insurance Company and Progressive Advanced Insurance Company (together "Progressive") file this notice, pursuant to the Court's December 7, 2023 Order, regarding the disposition of Progressive's Rule 23(f) petition to the Third Circuit Court of Appeals. Progressive informs the Court as follows:

1. On February 8, 2024, the Court of Appeals granted Progressive's petition. On February 9, 2024, Progressive paid the notice of appeal docketing and filing fee. The appeal is awaiting docketing.

2. Progressive proposes that the case remain in this Court's suspense docket until the appeal is finally resolved and the Court of Appeals issues its mandate.

3. Within three days of the issuance of the mandate from the Court of Appeals, Progressive proposes that the parties file a notice with their respective proposals for specific steps towards a final judgment.

4. Progressive has conferred with Plaintiffs, who do not oppose Progressive's proposal.

Dated: February 12, 2024.                    Respectfully submitted,

*/s/ Jeffrey S. Cashdan*
Jeffrey S. Cashdan (admitted *pro hac vice*)
Zachary A. McEntyre (admitted *pro hac vice*)
J. Matthew Brigman (admitted *pro hac vice*)
Allison Hill White (admitted *pro hac vice*)
Erin M. Munger (admitted *pro hac vice*)
KING & SPALDING LLP
1180 Peachtree Street, N.E., Suite 1600
Atlanta, Georgia 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
jcashdan@kslaw.com
zmcentyre@kslaw.com
mbrigman@kslaw.com
awhite@kslaw.com
emunger@kslaw.com

Julia C. Barrett (admitted *pro hac vice*)
KING & SPALDING LLP
500 W. 2nd Street, Suite 1800
Austin, Texas 78701
Telephone: (512) 457-2000
Facsimile: (512) 457-2100
jbarrett@kslaw.com

*/s/ Lyle D. Washowich*
Robert E. Dapper, Jr. (Pa. I.D. # 46378)
Lyle D. Washowich (Pa. I.D. #84348)
Daniel Inadomi (Pa. I.D. #312984)
BURNS WHITE LLC
Burns White Center, 48 26th Street
Pittsburgh, Pennsylvania 15222
Telephone: (412) 995-3000
Facsimile: (412) 995-3300
redapper@burnswhite.com
ldwashowich@burnswhite.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2024, I electronically filed the foregoing with the Clerk of Court via the CM/ECF system, which will automatically send notice of such filing to all counsel of record.

/s/ Jeffrey S. Cashdan
Jeffrey S. Cashdan

*Counsel for Defendants*