IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEON DRUMMOND, LEE WILLIAMS, YESHONDA DRIGGINS | : : : | CIVIL ACTION |
| v. | : | NO. 21-4479 |
| PROGRESSIVE SPECIALTY INSURANCE COMPANY, PROGRESSIVE ADVANCED INSURANCE COMPANY | : : : : : | |

## ORDER

AND NOW, this 26th day of November 2025, following our November 4, 2025 Order (ECF 165) confirming the parties reached a settlement in principle after Plaintiffs did not respond to the long-pending Motion for summary judgment (ECF 158) including providing notice and an opportunity to show cause as to why we should not dismiss the claims given the represented settlement, and noting the parties chose to not show cause as to why we should not rely upon their representation of settling their claims and dismissing the action, it is **ORDERED** we:

1. **DISMISS** this action with prejudice under Local Rule of Civil Procedure 41.1(b);[1]

2. **DENY** Defendants' Motion for summary judgment (ECF 158) as moot; and,

3. **DIRECT** the Clerk of Court **close** this action.

_____
KEARNEY, J.

---

[1] Local Rule 41.1(b) provides:

> [a]ny such order of dismissal may be vacated, modified, or stricken from the record, for cause shown, upon the application of any party served within ninety (90) days of the entry of such order of dismissal, provided the application of the ninety-day time limitation is consistent with Federal Rule of Civil Procedure 60(c).